EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CARLOS GONZÁLEZ DÍAZ, acusado y apelante.

No. 2717.—*Visto:* Abril 28, 1926. *Resuelto:* Abril 30, 1926.

PESAS Y MEDIDAS (*Weights and Measures*)—REGLAMENTACIÓN DE LA VENTA DE BOLLOS DE PAN—PESO DE LOS MISMOS.—Cuando, al dar cumplimiento a un contrato de suministro de pan, el dueño de una panadería entrega parte de los bollos envueltos en bolsas de papel y parte no, porque la persona que los recoge no quiere que se les envuelva en aquéllas debido a la prisa que tiene en marcharse, dicho dueño no infringe la sección 2 de la Ley No. 25 de 1921 (p. 167).

SENTENCIA de *Gabriel Castejón*, J. (Humacao), condenando al acusado por infracción a la sección 2 de la Ley No. 25 de 1921, con costas. *Revocada.*

*Francisco Cervoni*, abogado del apelante; *José E. Figueras*, abogado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante tiene un contrato con el Gobierno para suministrar pan a la cárcel municipal de Humacao y habiendo llegado la hora de almorzar los presos sin que hubiera sido

recibido el pan, uno de los guardias de penales fué con un preso al establecimiento del apelante en busca del pan y le fueron entregados por el dependiente de la panadería 150 bollos de pan de los cuales 33 no fueron envueltos en una bolsa de papel con rótulo expresando su peso y el nombre del fabricante debido a que el guardia no quiso que los envolviera en el papel debido a la prisa que tenía en marcharse pronto.

Acusado el dueño de la panadería de haber infringido la sección 2ª de la Ley No. 25 de 11 de junio de 1921 (p. 167) preceptiva de que todo el pan que se venda o se ofrezca o exhiba para la venta deberá estar envuelto en papel conteniendo los particulares antes dichos y condenado a pagar tres dólares de multa interpuso este recurso solicitando su absolución.

Dados los hechos ocurridos en este caso somos de opinión que el apelante no ha infringido la ley citada pues su dependiente estaba entregando el pan de acuerdo con la ley y si parte de los bollos no fueron envueltos en el papel requerido fué porque la persona que lo recogía no los quiso en esa forma por la prisa que tenía.

*La sentencia apelada debe ser revocada y absolverse al acusado.*